# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  RELOCATION OF           :    NO. 404
MAGISTERIAL DISTRICT 51-3-01    :
WITHIN THE FIFTY-FIRST JUDICIAL   :    MAGISTERIAL RULES DOCKET
DISTRICT OF THE COMMONWEALTH   :
OF PENNSYLVANIA                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of November 2016, upon consideration of the Petition for Relocation of Magisterial District 51-3-01 of the Fifty-first Judicial District (Adams County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the relocation of Magisterial District 51-3-01 within Adams County, outside of the boundaries of the magisterial district from which the judge is elected, to be effective immediately, is granted.

    Said Magisterial District shall be located within the boundaries of Magisterial District 51-3-04 within Adams County.